# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131898(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JESSE GENE BURNS,
      Defendant-Appellant.

_____

SC: 131898
COA: 270886
Allegan CC: 02-012311-FH

      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his brief and appendix is considered and, it appearing the brief and appendix were filed on February 1, 20007, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 12, 2007

Clerk